# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Romelle Smith,<br><br>      Plaintiff,<br><br>v.<br><br>The County of Sherburne; Joel Brott, Sherburne County Sheriff, *in his individual and official capacities*; Patt Carr, *previous Sherburne County Jail Commander, in his individual and official capacities*; Brian Frank, *current Sherburne County Jail Commander and previous Sherburne County Jail Administrator, in his individual and official capacities*; Dave Isias, *Assistant Sherburne County Jail Administrator, in his individual and official capacities*; and Mark Fritel, *Sherburne County Jail Programs Coordinator, in his individual and official capacities*,<br><br>      Defendants. | Case No. 24-cv-04488 (KMM/DJF)<br><br><br><br><br><br>**ORDER** |

This matter is before the Court on Plaintiff Romelle Smith's self-styled *Motion for Petition for Writ of Habeas Corpus under 28 U.S.C. 2241*("Motion") (ECF No. 36). Mr. Smith is currently incarcerated at USP Coleman II, in Sumterville, Florida. (*See* ECF No. 36-2.) His Motion asks the Court to transfer him to a facility in Minnesota so that he may "more easily participate in [his] prosecution of this case." (ECF No. 36 at 1.) The Court **DENIES** Mr. Smith's Motion (ECF No. 36) because it does not have the authority to order the Bureau of Prisons to transfer him. *See, e.g.*, *Garcia v. Eischen*, No. 22-cv-444 (SRN/BRT), 2022 WL 4084185, at *2 (D. Minn. Aug. 16, 2022) (collecting cases) (the Bureau of Prisons has the *exclusive* authority to determine the placement of prisoners).

**IT IS SO ORDERED.**

Dated: July 3, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge